FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| STREET SURFING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN E&S INSURANCE COMPANY, a Delaware corporation,<br><br>Defendants. | CASE NO. SACV11-01027 AG (MLGx)<br><br>[~~PROPOSED~~] JUDGMENT |

On October 31, 2011, Defendant Great American E&S Insurance Company's ("Great American") Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion"), came on regularly for hearing in Courtroom 10D of the above-entitled Court before the Honorable Andrew J. Guilford.

The Court having reviewed and considered the moving papers, the opposition and reply thereto, as well as other matters presented in connection herewith, and oral argument, GRANTED Great American's Motion. It appearing to the satisfaction of the Court that its ruling on Great American's Motion disposes of each and every cause of action alleged by Plaintiff Street Surfing, LLC ("Street Surfing"), and that there are no remaining causes of action alleged by Street Surfing against Great American in this action, and that a final judgment can and should be entered as to Street Surfing's action against Great American, and good cause appearing therefor,

~~IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Great American had no duty to defend Street Surfing in the United States District Court for the Central District of California action styled *Noll v. Street Surfing, LLC*, Case No. SACV08-00617 ("Noll Action"), or to settle the *Noll* Action on Street Surfing's behalf under Great American Policy No. 3791711, effective August 22, 2005 to September 22, 2006, or Great American Policy No. 3791711 – 02, effective September 22, 2006 to September 22, 2007.~~

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Great American have judgment against Street Surfing, and that Street Surfing take nothing by its Complaint against Great American.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this is a final and appealable judgment between Plaintiff Street Surfing and Defendant Great American as to all causes of action, claims, defenses, and issues in this action.

/ / /

Case 8:11-cv-01027-AG-MLG Document 45 Filed 01/18/12 Page 3 of 3 Page ID #:1258

1     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant
2 Great American recover its costs of suit herein from Street Surfing.

4
5 DATED: JAN 18, 2012          _____
                                          Andrew J. Guilford
6                                           United States District Court Judge
OC #35172

3
[PROPOSED] JUDGMENT