**FILED**

UNITED STATES COURT OF APPEALS

AUG 29 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STREET SURFING, LLC, a Nevada limited liability company,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>GREAT AMERICAN E&S INSURANCE COMPANY, a Delaware corporation,<br><br>    Defendant - Appellee. | No. 12-55351<br><br>D.C. No. 8:11-cv-01027-AG-MLG<br>Central District of California,<br>Santa Ana<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The appellee's opposed motion to dismiss for lack of prosecution is denied.

Within 7 days after the date of this order, the appellant shall file a corrected transcript designation and make the appropriate financial arrangements with the court reporter.

The transcripts are due October 9, 2012.

The appellee may file a renewed answering brief on or before November 8 2012; or, inform the court in writing that the appellee intends to keep the answering brief submitted on August 29, 2012.

GS   App. Comm.   08/27/12/Pro Mo

No. 12-55351

The optional reply brief is due within 14 days after service of the renewed answering brief or 14 days after the filing of the written statement that the appellee intends to keep the August 29, 2012 answering brief.

The appellant shall provide a copy of this order to the court reporter(s) at the district court along with the Transcript Designation Order.

GS   App. Comm.   08/27/12/Pro Mo